**Kenneth FRANCIS, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

**No. 13–1142–cv.**

United States Court of Appeals, Second Circuit.

March 28, 2014.

Michael C. Barrows, Law Offices of Michael C. Barrows, New York, NY, for Appellant.

Eun Young Choi (Sarah E. McCallum, on the brief), for Preet Bharara, United States Attorney for the Southern District of New York, New York, NY, for Appellee.

PRESENT: RALPH K. WINTER, RICHARD C. WESLEY and SUSAN L. CARNEY, Circuit Judges.

### SUMMARY ORDER

Petitioner–Appellant Kenneth Francis appeals the denial of the collateral challenge he filed on February 23, 2012 and originally styled as a petition for writ of error *coram nobis*. In denying Francis's petition, the district court properly recharacterized the petition, with Francis's consent, as a collateral challenge brought pursuant to 28 U.S.C. § 2255. *Francis v. United States*, 12 CIV. 01362(AJN), 2013 WL 673868, at *1 n. 1 (S.D.N.Y. Feb. 25, 2013).

In order to appeal the denial of his Section 2255 petition, Francis was required to obtain a Certificate of Appealability. *See* 28 U.S.C. §§ 2253(c)(1)(b), 2255; Fed. R.App. P. 22(b). Francis failed to do so, and we therefore **DISMISS** Francis's appeal for lack of jurisdiction. *See Soto v. United States*, 185 F.3d 48, 53 (2d Cir.1999).